FILED: June 10, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1439
(3:23-cv-04149-MGL)

_____

DONALD BLACK; MARCIA BLACK; LARRY MARTIN; REBECCA MARTIN; BARBARA THOMPSON; JAMES THOMPSON, for themselves and a class of similarly situated plaintiffs

      Plaintiffs - Appellees

v.

MANTEI & ASSOCIATES, LTD.; RICKY ALAN MANTEI; CINDY CHIELLINI; CENTAURUS FINANCIAL, INC.; J.P. TURNER & COMPANY, LLC

      Defendants - Appellants

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Joint appendix due: 07/09/2024

Opening brief due: 07/09/2024

Response brief due: 08/08/2024

Any reply brief: 21 days from service of response brief.

      For the Court--By Direction

      /s/ Nwamaka Anowi, Clerk